UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                        CASE NO. 1:07-CR-29

v.

                        HON. ROBERT HOLMES BELL

KARL ALAN WHITE, JR.,

    Defendant.
    _____/

**ORDER DETAINING MATERIAL WITNESS**

This matter was before the Court on the Government's Motion to Revoke Defendant's Bond. In support of the motion, Leniya Stafford was called as a witness to testify. Following her testimony, the Government moved for detention of the witness in order to insure her further attendance at trial. The Court having found that Ms. Stafford committed perjury while on the stand, the witness was ordered detained in the custody of the United States Marshal as a material witness until completion of the trial.

Date:   July 17, 2007                  /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     CHIEF UNITED STATES DISTRICT JUDGE