UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARL WHITE, JR.,

    Defendant.
_____/

File No. 1:07-CR-29

HON. ROBERT HOLMES BELL

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Karl White, Jr.'s motion for a new trial. (Dkt. No. 195.) Federal Rule of Criminal Procedure 33(b) provides that a motion for a new trial that is not grounded on newly discovered evidence must be filed within fourteen days after the guilty verdict. Defendant's motion for a new trial is not grounded on newly discovered evidence. The jury found Defendant guilty on July 20, 2007. (Dkt. No. 94.) Defendant did not file his motion for a new trial until December 14, 2009. Defendant's motion was not timely filed. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for a new trial (Dkt. No. 195) is **DENIED**.

Dated: May 6, 2010

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE